# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STEVEN JAMESON**                                              **PLAINTIFF**
**#275986**

v.                      No. 4:25-cv-393-DPM

**C. SMITH**, Deputy, Pulaski County
Regional Detention Center; **RICK D.
NASH**, Retired Deputy, Saline County;
and **DOES**, All Active Federal Judges
(Appellate and District Court); All Active
State Court Judges (Municipal, Juvenile,
Probate, or Circuit Court)                      **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Jameson hasn't paid the $405 filing and administrative fees, filed a complete application to proceed *in forma pauperis*, or filed an amended complaint; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
*D.P. Marshall Jr.*
United States District Judge

12 June 2025